Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of California

Case number (if known): _____  Chapter   7

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals***, is available.**

| | |
|---|---|
| **1. Debtor's name** | The Plumbing Gallery |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years** | |
| Include any assumed names, trade names, and *doing business as names* | |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 3 8 6 4 7 9 7 |

**4. Debtor's address**

**Principal place of business**

319 S Monroe St
Number        Street

San Jose, CA 95128-5107
City                              State      ZIP Code

Santa Clara
County

**Mailing address, if different from principal place of business**

5522 S Bentwaters Way
Number        Street

P.O. Box

Meridian, ID 83642-5591
City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | theplumbinggallery.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 23-50001     Doc# 1     Filed: 01/02/23     Entered: 01/02/23 19:17:32     Page 1 of 63

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
[http://www.uscourts.gov/four-digit-national-association-naics-codes](http://www.uscourts.gov/four-digit-national-association-naics-codes) .
<u>4</u>   <u>2</u>   <u>3</u>   <u>7</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                 MM / DD / YYYY

         District _____ When _____ Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                         MM / DD / YYYY

         Case number, if known _____

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 2 of 63

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____        Number        Street

_____  _____  _____
City                            State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49        ☑ 50-99        ☐ 1,000-5,000     ☐ 5,001-10,000     ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199     ☐ 200-999      ☐ 10,001-25,000                      ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 3 of 63

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million

- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million

- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/02/2023
             MM/ DD/ YYYY

X  /s/ Brittany Reitz                                    Brittany Reitz
   Signature of authorized representative of debtor      Printed name

Title          Member/CFO

**18. Signature of attorney**

X          /s/ Colby LaVelle          Date  01/02/2023
   Signature of attorney for debtor          MM/ DD/ YYYY

Colby LaVelle
Printed name

LaVelle Law Offices
Firm name

505 14th St Ste 900
Number          Street

Oakland                          CA          94612
City                             State       ZIP Code

_____                  clavelle@lavellelawoffices.com
Contact phone                    Email address

316277                           CA
Bar number                       State

Case: 23-50001   Doc# 1   Filed: 01/02/23   Entered: 01/02/23 19:17:32   Page 4 of 63

Fill in this information to identify the case:

Debtor name _____ The Plumbing Gallery _____

United States Bankruptcy Court for the:
_____ Northern District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Bank of the West** | **Checking account** | **9914** | ($2,105.00) |

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **($2,105.00)**

---

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

---

Case: 23-50001    Doc# 1    Filed: 01/03/23    Entered: 01/03/23 19:17:32    Page 5 of 63

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$0.00**

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts Receivable**

| 11a. 90 days old or less: | _____ − _____ = ...... ➜ | _____ |
|---|---|---|
| | face amount        doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **$143,863.00** − **$0.00** = ...... ➜ | **$0.00** |
| | face amount        doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    **$0.00**

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                    % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 6 of 63

None

17. **Total of Part 4**
    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|

19. **Raw materials**

    None

20. **Work in progress**

    None

21. **Finished goods, including goods held for resale**
    21.1 Kitchen/Bathroom Sinks                    MM / DD / YYYY        (Unknown)                    $2,000.00

    **Additional Page Total** - *See continuation page for additional entries*                    $15,500.00

22. **Other inventory or supplies**

    None

23. **Total of Part 5**
    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $17,500.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Case: 23-50001     Doc# 1     Filed: 01/02/23     Entered: 01/02/23 19:17:32     Page 7 of 63

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31. Farm and fishing supplies, chemicals, and feed**

   **None**

**32. Other farming and fishing-related property not already listed in Part 6**

   **None**

**33. Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                _____**$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 8 of 63

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture**

39.1 __Customer chairs (8 of them)__      **(Unknown)**      _____      **$800.00**

    **Additional Page Total** - *See continuation page for additional entries*      **$6,400.00**

**40.** **Office fixtures**

40.1 __Portable storage/countertop in breakroom__      **(Unknown)**      _____      **$500.00**

    **Additional Page Total** - *See continuation page for additional entries*      **$107,300.00**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

41.1 __MAC desktop computers (4 of them):__      **(Unknown)**      _____      **$5,200.00**

    **Additional Page Total** - *See continuation page for additional entries*      **$5,385.00**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    **None**

**43.** **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.      $125,585.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 9 of 63

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 __2016 GMC Sierra_____        **(Unknown)**   _____   $28,500.00

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    **None**

**49.** **Aircraft and accessories**

    **None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

**51.** **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                  $28,500.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** Real Property

**54.** **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building)), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

**56.** **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.     $0.00

Case: 23-50001   Doc# 1   Filed: 01/02/23   Entered: 01/02/23 19:17:32   Page 10 of 63

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and Intellectual Property |
|----------|----------------------------------------|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

None

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

None

**66.** **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.                                       $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Case: 23-50001   Doc# 1   Filed: 01/02/23   Entered: 01/02/23 19:17:32   Page 11 of 63

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                    $0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 12 of 63

### Part 12:   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($2,105.00) | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $17,500.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $125,585.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $28,500.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*..................................................... → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.*    + | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $169,480.00   **+** 91b. | $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................................................................... | | $169,480.00 |

◼ **Additional Page**

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** **Finished goods, including goods held for resale - *Continued*** | | | | |
| 21.2 __Kitchen Accessories__ | MM / DD / YYYY | (Unknown) | | $1,800.00 |
| 21.3 __Valves__ | MM / DD / YYYY | (Unknown) | | $3,000.00 |
| 21.4 _____ | MM / DD / YYYY | (Unknown) | | $1,000.00 |
| 21.5 __Misc Bathroom Fixtures (shower heads/arms etc)__ | MM / DD / YYYY | (Unknown) | | $2,500.00 |
| 21.6 __Medicine Cabinets/Mirrors__ | MM / DD / YYYY | $4,000.00 | | (Unknown) |
| 21.7 __Bathroom Accessories__ | MM / DD / YYYY | (Unknown) | | $1,000.00 |
| 21.8 __Bathtubs__ | MM / DD / YYYY | (Unknown) | | $4,000.00 |
| 21.9 __Door Hardware__ | MM / DD / YYYY | (Unknown) | | $2,200.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture - *Continued*** | | | |
| 39.2 __Employee chairs (4 of them)__ | (Unknown) | | $600.00 |
| 39.3 __Breakroom table/chair (x2)__ | (Unknown) | | $400.00 |
| 39.4 __Breakroom shelving__ | (Unknown) | | $400.00 |
| 39.5 __Concrete round table/stand__ | (Unknown) | | $1,500.00 |
| 39.6 __Custom bookshelves behind desks__ | (Unknown) | | $3,500.00 |
| **40.** **Office fixtures - *Continued*** | | | |
| 40.2 __Office fixtures__ | (Unknown) | | $1,000.00 |
| 40.3 __Towel warmer displays__ | (Unknown) | | $1,500.00 |
| 40.4 __Graff display__ | (Unknown) | | $10,000.00 |
| 40.5 __Rohl display__ | (Unknown) | | $10,000.00 |
| 40.6 __California Faucets bathroom display__ | (Unknown) | | $7,500.00 |
| 40.7 __Sigma display__ | (Unknown) | | $6,000.00 |
| 40.8 __Phylrich display__ | (Unknown) | | $7,000.00 |
| 40.9 __DXV display__ | (Unknown) | | $6,000.00 |
| 40.10 __Moen display__ | (Unknown) | | $5,000.00 |

▮  **Additional Page**

| | | |
|---|---|---|
| 40.11  **Bathroom accessory displays** | (Unknown) | $2,000.00 |
| 40.12  **Door hardware displays** | (Unknown) | $5,000.00 |
| 40.13  **Bathroom sink displays** | (Unknown) | $3,500.00 |
| 40.14  **Kitchen sink displays** | (Unknown) | $5,500.00 |
| 40.15  **Toilets** | (Unknown) | $7,500.00 |
| 40.16  **Vanities w/tops** | (Unknown) | $3,500.00 |
| 40.17  **Bathtubs** | (Unknown) | $5,000.00 |
| 40.18  **Waterstone kitchen display** | (Unknown) | $7,500.00 |
| 40.19  **California Faucets kitchen display** | (Unknown) | $1,800.00 |
| 40.20  **Hansgrohe bathroom display** | (Unknown) | $4,000.00 |
| 40.21  **Hansgrohe kitchen display** | (Unknown) | $1,500.00 |
| 40.22  **Grohe bathroom display** | (Unknown) | $2,500.00 |
| 40.23  **Misc Kitchen faucets display** | (Unknown) | $1,500.00 |
| 40.24  **Misc bathroom faucet display** | (Unknown) | $2,500.00 |

**41.**  **Office equipment -** *Continued*

| | | |
|---|---|---|
| 41.2  **80" TV** | (Unknown) | $3,000.00 |
| 41.3  **Keurig coffee maker** | (Unknown) | $185.00 |
| 41.4  **Stock shelf racks (metal)** | (Unknown) | $450.00 |
| 41.5  **Microwave** | (Unknown) | $150.00 |
| 41.6  **Toaster Oven** | (Unknown) | $250.00 |
| 41.7  **Refrigerator** | (Unknown) | $400.00 |
| 41.8  **Cleaning supplies** | (Unknown) | $500.00 |
| 41.9  **Commercial paper shredder** | (Unknown) | $300.00 |

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 15 of 63

Debtor  __The Plumbing Gallery_____     Case number *(if known)* _____
        Name

41.10  __Portable paper shredder_____     __(Unknown)__     _____     __$150.00__

Case: 23-50001     Doc# 1     Filed: 01/02/23     Entered: 01/02/23 19:17:32     Page 16 of 63

Fill in this information to identify the case:

Debtor name __The Plumbing Gallery__

United States Bankruptcy Court for the: _____Northern_____ District of _____California_____

                                                (State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

Case: 23-50001　Doc# 1　Filed: 01/02/23　Entered: 01/02/23 19:17:32　Page 17 of 63

**Fill in this information to identify the case:**

Debtor name _____ The Plumbing Gallery _____

United States Bankruptcy Court for the:

_____ Northern District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

CDTFA

Account Information Group, MIC:29

P.O. Box 942879

Sacramento, CA 94279

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

Remarks: 2020

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**   Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

Susan Wilson

810 Cathedral Dr

Aptos, CA 95003-2900

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

Unpaid commission

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$7,400.00**   Priority amount: **$7,400.00**

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 18 of 63

Debtor     **The Plumbing Gallery**        Case number *(if known)* _____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**   Nonpriority creditor's name and mailing address

**Alexis King**

**23632 Skyview Terrace**

**Los Gatos, CA 95033**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.2**   Nonpriority creditor's name and mailing address

**Americh**

**13222 Saticoy St**

**North Hollywood, CA 91605**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,500.00

---

**3.3**   Nonpriority creditor's name and mailing address

**Ammirato Construction**

**3022 Neal Ave**

**San Jose, CA 95128**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.4**   Nonpriority creditor's name and mailing address

**Anthem Blue Cross**

**PO Box 60007**

**Rancho Cordova, CA 95670**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,000.00

Case: 23-50001    Doc# 1    Filed: 01/03/23    Entered: 01/03/23 19:17:32    Page 19 of 63

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

Ashley Norton

210 West Parkway Suite 1

Pompton Plains, NJ 07444

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.6** Nonpriority creditor's name and mailing address

Bain Ultra

956 Chemin Olivier, Lévis, QC G7A 2N1

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.7** Nonpriority creditor's name and mailing address

BARC (Bay Area Residential Construction)

90 Gilman Ave

Campbell, CA 95008

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

Barclay Products

4000 Porett Dr

Gurnee, IL 60031

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

| Part 2: | Additional Page |
|---|---|

**3.9** Nonpriority creditor's name and mailing address

Belwith Keeler

3100 Broadway Ave SW

Grandville, MI 49418

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.10** Nonpriority creditor's name and mailing address

Blaine Architects

1690 Rogers Ave

San Jose, CA 95112

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.11** Nonpriority creditor's name and mailing address

BTI Aqua Solutions

4833 Front St Suite B281

Castle Rock, CO 80104

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.12** Nonpriority creditor's name and mailing address

Cage Design Build

S/M Shaevitz order

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2:**  Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |

**California Faucets**

5271 Argosy Ave

Huntington Beach, CA 92649

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**David & Ruth Helfinstein**

829 Coleman Ave

San Jose, CA 95110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Daya Karam**

16 Orchard St

Los Gatos, CA 95030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |

**Decorative Plumbing Distributors**

4200 Business Center Dr

Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 22 of 63

| Part 2: | Additional Page |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

DJB Construction

S/M Danielle Moore

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.18** Nonpriority creditor's name and mailing address

Donna Tomkins

360 Claire Pl

Menlo Park, CA 94025

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.19** Nonpriority creditor's name and mailing address

Electric Mirror

6101 Associated Blvd Suite 101

Everett, WA 98203

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

**3.20** Nonpriority creditor's name and mailing address

Emtek Products

12801 Schabarum Ave

Baldwin Park, CA 91706

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$900.00

Case: 23-50001    Doc# 1    Filed: 01/03/23    Entered: 01/03/23 19:17:32    Page 23 of 63

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

EWS

5542 S Fort Apache Rd Ste 110

Las Vegas, NV 89148-7691

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $14,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.22** Nonpriority creditor's name and mailing address

Ferguson Enterprises

12500 Jefferson Ave

Newport News, VA 23602

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $15,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

General Plumbing Supply

1530 San Luis Road

Walnut Creek, CA 94597

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $18,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Graff Designs

3701 W Burnham St

Milwaukee, WI 53215

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $6,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | The Plumbing Gallery | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address

Hajoca Corporation

2001 Joshua Rd

Lafayette Hill, PA 19444

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,000.00**

**3.26** Nonpriority creditor's name and mailing address

House of Rohl

3 Parker

Irvine, CA 92618

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,000.00**

**3.27** Nonpriority creditor's name and mailing address

Hydro Systems

29132 Avenue Paine

Valencia, CA 91355

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,500.00**

**3.28** Nonpriority creditor's name and mailing address

ICO Bath

179-183 Leonard Street N
Regina SK S4N 5X5

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$900.00**

Debtor     **The Plumbing Gallery**
       Name                                                         Case number *(if known)*

## Part 2:  Additional Page

### 3.29

**Nonpriority creditor's name and mailing address**

Infinity Drain

145 Dixon Ave

Amityville, NY 11701

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$400.00

---

### 3.30

**Nonpriority creditor's name and mailing address**

Jana & Tony Chow

1765 Lorenzen Dr

San Jose, CA 95124

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.31

**Nonpriority creditor's name and mailing address**

Karen E Ross Interior Design

S/M JoAnn Grimley

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.32

**Nonpriority creditor's name and mailing address**

Kartners

1146 15th St. W
North Vancouver, BC V7P 1M9 Canada

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,900.00

Case: 23-50001    Doc# 1    Filed: 01/03/23    Entered: 01/03/23 19:17:32    Page 26 of 63

## Part 2:  Additional Page

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |

**Nonpriority creditor's name and mailing address**
Lacava

6630 W Wrightwood Ave

Chicago, IL 60707

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,000.00

---

**3.34**

**Nonpriority creditor's name and mailing address**
Maidstone Wholesale Supply

395 Oak Hill Rd

Mountaintop, PA 18707

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  8000

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.35**

**Nonpriority creditor's name and mailing address**
Mason Hammer Builders

18640 Sutter Blvd Suite 100

Morgan Hill, CA 95037

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.36**

**Nonpriority creditor's name and mailing address**
Matt Saneinad

10598 Creston Dr

Los Altos, CA 94024-7417

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Case: 23-50001    Doc# 1    Filed: 01/03/23    Entered: 01/03/23 19:17:32    Page 27 of 63

| Part 2: | Additional Page |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Mountain Plumbing

PO Box 630008

Irving, TX 75063

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,000.00

---

**3.38** Nonpriority creditor's name and mailing address

Mr Steam

43-20 34th Street

Long Island City, NY 11101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.39** Nonpriority creditor's name and mailing address

MTI Baths

670 N Price Rd

Sugar Hill, GA 30518

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$4,500.00

---

**3.40** Nonpriority creditor's name and mailing address

Nantucket Sinks

342 Compass Circle Unit C1 & C2

North Kingstown, RI 02852

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$5,800.00

Case: 23-50001    Doc# 1    Filed: 01/03/23    Entered: 01/03/23 19:17:32    Page 28 of 63

| Part 2: | Additional Page |
|---|---|

**3.41** Nonpriority creditor's name and mailing address

Native Trails

34 Zaca Ln

San Luis Obispo, CA 93401

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

**3.42** Nonpriority creditor's name and mailing address

Phylrich

1261 Logan Ave

Costa Mesa, CA 92626

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,500.00

---

**3.43** Nonpriority creditor's name and mailing address

Roberts Construction

195 E Sunnyoaks Ave

Campbell, CA 95008

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.44** Nonpriority creditor's name and mailing address

Rockwood Design Associates, Inc.

3 High School Court.

Los Gatos, CA 95030

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

| Part 2: | Additional Page |
| --- | --- |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
| --- | --- | --- | --- |

**3.45** Nonpriority creditor's name and mailing address

Santec Faucet

3501 Challenger St

Torrance, CA 90503

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,500.00

**3.46** Nonpriority creditor's name and mailing address

Shepherd's Plumbing

PO Box 24899

Campbell, CA 95011

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**3.47** Nonpriority creditor's name and mailing address

Sigma Faucet

3280 Corporate View

Vista, CA 92081

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,500.00

**3.48** Nonpriority creditor's name and mailing address

small business adminitsration

409 3rd St SW

Washington, DC 20416

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$500,000.00

Case: 23-50001      Doc# 1      Filed: 01/02/23      19:17:32      Page 30 of 63

## Part 2: Additional Page

**3.49** | Nonpriority creditor's name and mailing address

Stone Forest

PO Box 2840

Santa Fe, NM 87504

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

**3.50** | Nonpriority creditor's name and mailing address

Top Knobs

3 Millenium Way

Somerville, NJ 08876

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

**3.51** | Nonpriority creditor's name and mailing address

Trim by Design

1026 S Gerhart Ave

Commerce, CA 90022

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$400.00

---

**3.52** | Nonpriority creditor's name and mailing address

United HealthCare

5901 Lincoln Dr

55436

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,600.00

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 31 of 63

| Part 2: | Additional Page |
|---------|-----------------|

**3.53** Nonpriority creditor's name and mailing address

Velocity Capital Group LLC

dba 24 Capital

Pearsall Ave

Cedarhurst, NY 11516

Date or dates debt was incurred    __12/05/2022__

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    __$142,297.50__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.54** Nonpriority creditor's name and mailing address

West Brass

2429 E Olympic Blvd

Los Angeles, CA 90021

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    __$1,900.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 23-50001    Doc# 1    Filed: 01/03/23    Entered: 01/03/23 19:17:32    Page 32 of 63

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Law Offices of Isaac H. Greenfield PLLC**<br>**2 Executive Blvd. Suite 305**<br>**Suffern, NY 10901** | Line **3.53**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Santa Clara County District Attorney**<br>**Attn: Jose Olivarez**<br>**70 W Hedding St**<br>**San Jose, CA 95110-1705** | Line **3.36**<br>☐ Not listed. Explain _____ | **2 1 5 4** |
| 4.3 **Santa Clara County District Attorney**<br>**Attn: Jose Olivarez**<br>**70 W Hedding St**<br>**San Jose, CA 95110-1705** | Line **3.30**<br>☐ Not listed. Explain _____ | **6 1 5 1** |

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 33 of 63

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$7,400.00** |
| 5b.   **Total claims from Part 2** | 5b.   **+** | **$809,297.50** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$816,697.50** |

Fill in this information to identify the case:

Debtor name _____ The Plumbing Gallery _____

United States Bankruptcy Court for the:
_____ Northern District of California _____

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Building Lease  Contract to be REJECTED | Cala Properties  111 W El Camino Real  Sunnyvale, CA 94087 |
| **State the term remaining** | 33 months | |
| **List the contract number of any government contract** | | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** | | |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

Case: 23-50001    Doc# 1    Filed: 01/03/23    Entered: 01/03/23 19:17:32    Page 35 of 63

Debtor name **The Plumbing Gallery**

United States Bankruptcy Court for the: **Northern** District of **California**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City  State  ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Case: 23-50001   Doc# 1   Filed: 01/02/23   Entered: 01/02/23 19:17:32   Page 36 of 63

Debtor   __The Plumbing Gallery__     Case number (if known) _____
         Name

| | Additional Page if Debtor Has More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City          State          ZIP Code | | |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

Case: 23-50001   Doc# 1   Filed: 01/02/23   Entered: 01/02/23 19:17:32   Page 37 of 63

Debtor   __The Plumbing Gallery__     Case number (if known) _____
         Name

| | Additional Page if Debtor Has More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City          State          ZIP Code | | |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

Case: 23-50001   Doc# 1   Filed: 01/02/23   Entered: 01/02/23 19:17:32   Page 37 of 63

Fill in this information to identify the case:

Debtor name       The Plumbing Gallery

United States Bankruptcy Court for the:

Northern District of California

Case number (if known): _____     Chapter   __7__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     **12/15**

**Part 1:**   Summary of Assets

**1. *Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*............................................................................................    $0.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*........................................................................................    $169,480.00

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.........................................................................................    $169,480.00

**Part 2:**   Summary of Liabilities

**2. *Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    $0.00

**3. *Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $7,400.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................    **+**   $809,297.50

**4. Total liabilities**...............................................................................................................    $816,697.50

   Lines 2 + 3a + 3b

Official Form 206Sum     Summary of Assets and Liabilities for Non-Individuals     page 1

Debtor name _____ The Plumbing Gallery _____

United States Bankruptcy Court for the:
_____ Northern District of California _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,530,342.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,101,291.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $922,177.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 39 of 63

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. General Plumbing Supply<br>Creditor's name<br><br>1530 San Luis Road<br>Street<br><br><br>94597<br>City          State     ZIP Code | October<br><br>November | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Decorative Plumbing Distributors<br>Creditor's name<br><br>4200 Business Center Dr<br>Street<br><br><br>94538<br>City          State     ZIP Code | october 2022<br><br>november<br>2022 | $1,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br><br>_____<br>City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Case: 23-50001   Doc# 1   Filed: 01/02/23   Entered: 01/02/23 19:17:32   Page 40 of 63

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City              State    ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City              State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Velocity Capital Group LLC <br> DBA 2 Capital vs. The <br> Plumbing Gallery, Brittany Ann <br> Reitz, and Anthony James <br> Reitz | _____ | Supreme Court of the State of New York <br> County of Ontario <br> Name <br><br> 27 North Main Street <br> Street <br><br> Canandaigua, NY 14424 <br> City            State   ZIP Code | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| **Case number** <br> _____ | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Case: 23-50001   Doc# 1   Filed: 01/02/23   Entered: 01/02/23 19:17:32   Page 41 of 63

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | Case title | Court name and address |
| | Street | | |
| | | | Name |
| | | Case number | Street |
| | City          State     ZIP Code | | |
| | | Date of order or assignment | City          State     ZIP Code |

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

---

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Case: 23-50001     Doc# 1     Filed: 01/02/23     Entered: 01/02/23 19:17:32     Page 42 of 63

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | LaVelle Law Offices | Attorney's Fee | 12/28/2022 | $3,000.00 |
| | **Address** | | | |
| | 505 14th St Ste 900 | | | |
| | Street | | | |
| | | | | |
| | Oakland, CA 94612 | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---------|-------------------|
| 14.1. <u>3155 South Bascom ave suite A</u><br>Street<br><br><u>San Jose, CA 95128</u><br>City          State     ZIP Code | From   <u>august 2015</u>   To   <u>august 2020</u> |

| Part 8: | Health Care Bankruptcies |

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|----------------------------------------------------------------------------|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____ | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.                              <u>Collect name address phone number (doesn't store credit card</u>
   State the nature of the information collected and retained. info)

   Does the debtor have a privacy policy about that information?

   ☑ No

   ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 44 of 63

❏ Yes. Does the debtor serve as plan administrator?

     ❏ No. Go to Part 10.

     ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ − __ __ __ __ __ __ |

     Has the plan been terminated?

     ❏ No

     ❏ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 <u>Chase Bank</u><br>Name<br><u>PO Box 36520 10</u><br>Street<br>_____<br><u>Louisville, KY 40233-6520</u><br>City   State   ZIP Code | XXXX− __ __ __ __ | ☑ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other<br>_____ | <u>10/01/2022</u> | <u>$1,087.00</u> |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ❏ No<br><br>❏ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

❏ None

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 45 of 63

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | A-1 Self Storage | _____ | _____ | ☑ No |
| | Name | _____ | _____ | |
| | 3260 S Bascom Ave | _____ | _____ | ☐ Yes |
| | Street | | | |
| | | **Address** | _____ | |
| | San Jose, CA 95124 | _____ | | |
| | City          State    ZIP Code | _____ | | |
| | | _____ | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | _____ | _____ | |
| _____ | _____ | _____ | |
| Street | _____ | _____ | |
| _____ | | | |
| City          State    ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City          State    ZIP Code | | |

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City　　　　State　ZIP Code | City　　　　　State　ZIP Code | | |

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City　　　　State　ZIP Code | City　　　　　State　ZIP Code | | |

---

**Part 13:**　Details About the Debtor's Business or Connections to Any Business

---

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| | | |
| City　　　　State　ZIP Code | | |

**26.** Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Case: 23-50001　　Doc# 1　　Filed: 01/02/23　　Entered: 01/02/23 19:17:32　　Page 47 of 63

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | Amanda Barretto | From 01/2021    To present |
| | Name | |
| | info@outofofficeadmin.com | |
| | Street | |
| | | |
| | (408) 607-2779, | |
| | City            State            ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1. | | From _____    To _____ |
| | Name | |
| | Street | |
| | | |
| | City            State            ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| | |
| City            State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City            State            ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 48 of 63

| Debtor | The Plumbing Gallery | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City      State      ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ANTHONY JAMES REITZ | 12501 Paseo Cerro Saratoga, CA 95070-4136 | CEO, Member | 50.00% |
| BRITTANY ANN REITZ | 12501 Paseo Cerro Saratoga, CA 95070-4136 | Secretary; CFO, Member | 50.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Brittany Reitz | $14,265 Payroll all of 2022 | 2022 | Payroll |
| Name | | | |
| 5522 S. Bentwaters Way | | | |
| Street | | | |
| Meridian, ID 83642 | | | |
| City    State    ZIP Code | | | |

| Relationship to debtor |
|---|

| Debtor | The Plumbing Gallery | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Anthony Reitz<br>Name | 2022 total Payroll $23,160 | 2022 | Payroll |
| 5522 S Bentwaters Way<br>Street | | | |
| | | | |
| Meridian, ID 83642-5591<br>City                    State        ZIP Code | | | |

| Relationship to debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____01/02/2023_____
MM/  DD/  YYYY

**X** /s/ Brittany Reitz_____              Printed name _____Brittany Reitz_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____Member/CFO_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 50 of 63

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Plumbing Gallery |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider*, **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 Americh<br>13222 Saticoy St<br>North Hollywood, CA 91605 | | | | | | $4,500.00 |
| 2 Anthem Blue Cross<br>PO Box 60007<br>Rancho Cordova, CA 95670 | | | | | | $11,000.00 |
| 3 Ashley Norton<br>210 West Parkway Suite 1<br>Pompton Plains, NJ 07444 | | | | | | $6,000.00 |
| 4 Bain Ultra<br>956 Chemin Olivier, Lévis, QC<br>G7A 2N1<br>, | | | | | | $6,000.00 |
| 5 Electric Mirror<br>6101 Associated Blvd Suite 101<br>Everett, WA 98203 | | | | | | $5,000.00 |
| 6 EWS<br>5542 S Fort Apache Rd Ste 110<br>Las Vegas, NV 89148-7691 | | | | | | $14,000.00 |
| 7 Ferguson Enterprises<br>12500 Jefferson Ave<br>Newport News, VA 23602 | | | | | | $15,000.00 |
| 8 General Plumbing Supply<br>1530 San Luis Road<br>Walnut Creek, CA 94597 | | | | | | $18,000.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Graff Designs 3701 W Burnham St Milwaukee, WI 53215 | | | | | | $6,000.00 |
| 10 | Hajoca Corporation 2001 Joshua Rd Lafayette Hill, PA 19444 | | | | | | $15,000.00 |
| 11 | House of Rohl 3 Parker Irvine, CA 92618 | | | | | | $4,000.00 |
| 12 | Lacava 6630 W Wrightwood Ave Chicago, IL 60707 | | | | | | $6,000.00 |
| 13 | Mountain Plumbing PO Box 630008 Irving, TX 75063 | | | | | | $4,000.00 |
| 14 | MTI Baths 670 N Price Rd Sugar Hill, GA 30518 | | | | | | $4,500.00 |
| 15 | Nantucket Sinks 342 Compass Circle Unit C1 & C2 North Kingstown, RI 02852 | | | | | | $5,800.00 |
| 16 | small business adminitsration 409 3rd St SW Washington, DC 20416 | | | | | | $500,000.00 |
| 17 | Stone Forest PO Box 2840 Santa Fe, NM 87504 | | | | | | $5,000.00 |
| 18 | Susan Wilson 810 Cathedral Dr Aptos, CA 95003-2900 | | Unpaid commission | | | | $7,400.00 |
| 19 | United HealthCare 5901 Lincoln Dr , 55436 | | | | | | $6,600.00 |
| 20 | Velocity Capital Group LLC dba 24 Capital Pearsall Ave Cedarhurst, NY 11516 | | | | | | $142,297.50 |

Case: 23-50001    Doc# 1    Filed: 01/02/23    Entered: 01/02/23 19:17:32    Page 52 of 63

# United States Bankruptcy Court
## Northern District of California

**In re**     The Plumbing Gallery

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ $3,000.00

Prior to the filing of this statement I have received ........................................................................ $3,000.00

Balance Due ................................................................................................................................ $0.00

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/02/2023 | /s/ Colby LaVelle |
|---|---|
| *Date* | Colby LaVelle |
| | *Signature of Attorney* |

Bar Number: 316277
LaVelle Law Offices
505 14th St Ste 900
Oakland, CA 94612
Phone: (415) 844-0655

LaVelle Law Offices
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE: **The Plumbing Gallery**                                CASE NO

                                                               CHAPTER **7**


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____01/02/2023_____      Signature _____/s/ Brittany Reitz_____
                                                               Brittany Reitz, Member/CFO

Alexis King
23632 Skyview Terrace
Los Gatos, CA 95033


Americh
13222 Saticoy St
North Hollywood, CA 91605


Ammirato Construction
3022 Neal Ave
San Jose, CA 95128


Anthem Blue Cross
PO Box 60007
Rancho Cordova, CA 95670


Ashley Norton
210 West Parkway Suite 1
Pompton Plains, NJ 07444


Bain Ultra
956 Chemin Olivier, Lévis, QC G7A 2N1


BARC (Bay Area Residential Construction)
90 Gilman Ave
Campbell, CA 95008


Barclay Products
4000 Porett Dr
Gurnee, IL 60031

**Belwith Keeler**
3100 Broadway Ave SW
Grandville, MI 49418

**Blaine Architects**
1690 Rogers Ave
San Jose, CA 95112

**BTI Aqua Solutions**
4833 Front St Suite B281
Castle Rock, CO 80104

**Cage Design Build**
S/M Shaevitz order

**Cala Properties**
111 W El Camino Real
Sunnyvale, CA 94087

**California Faucets**
5271 Argosy Ave
Huntington Beach, CA 92649

**CDTFA**
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279

**David & Ruth Helfinstein**
829 Coleman Ave
San Jose, CA 95110

Daya Karam
16 Orchard St
Los Gatos, CA 95030

Decorative Plumbing
Distributors
4200 Business Center Dr
Fremont, CA 94538

DJB Construction
S/M Danielle Moore

Donna Tomkins
360 Claire Pl
Menlo Park, CA 94025

Electric Mirror
6101 Associated Blvd Suite 101
Everett, WA 98203

Emtek Products
12801 Schabarum Ave
Baldwin Park, CA 91706

EWS
5542 S Fort Apache Rd Ste 110
Las Vegas, NV 89148-7691

Ferguson Enterprises
12500 Jefferson Ave
Newport News, VA 23602

**General Plumbing Supply**
1530 San Luis Road
Walnut Creek, CA 94597

**Graff Designs**
3701 W Burnham St
Milwaukee, WI 53215

**Hajoca Corporation**
2001 Joshua Rd
Lafayette Hill, PA 19444

**House of Rohl**
3 Parker
Irvine, CA 92618

**Hydro Systems**
29132 Avenue Paine
Valencia, CA 91355

**ICO Bath**
179-183 Leonard Street N
Regina SK S4N 5X5

**Infinity Drain**
145 Dixon Ave
Amityville, NY 11701

**Jana & Tony Chow**
1765 Lorenzen Dr
San Jose, CA 95124

**Karen E Ross Interior Design**
S/M JoAnn Grimley

**Kartners**
1146 15th St. W
North Vancouver, BC V7P 1M9 Canada

**Lacava**
6630 W Wrightwood Ave
Chicago, IL 60707

**Law Offices of Isaac H. Greenfield PLLC**
2 Executive Blvd. Suite 305
Suffern, NY 10901

**Maidstone Wholesale Supply**
395 Oak Hill Rd
Mountaintop, PA 18707

**Mason Hammer Builders**
18640 Sutter Blvd Suite 100
Morgan Hill, CA 95037

**Matt Saneinad**
10598 Creston Dr
Los Altos, CA 94024-7417

**Mountain Plumbing**
PO Box 630008
Irving, TX 75063

Mr Steam
43-20 34th Street
Long Island City, NY 11101

MTI Baths
670 N Price Rd
Sugar Hill, GA 30518

Nantucket Sinks
342 Compass Circle Unit C1 & C2
North Kingstown, RI 02852

Native Trails
34 Zaca Ln
San Luis Obispo, CA 93401

Phylrich
1261 Logan Ave
Costa Mesa, CA 92626

Roberts Construction
195 E Sunnyoaks Ave
Campbell, CA 95008

Rockwood Design Associates,
Inc.
3 High School Court.
Los Gatos, CA 95030

Santa Clara County District
Attorney
Attn: Jose Olivarez
70 W Hedding St
San Jose, CA 95110-1705

Santec Faucet
3501 Challenger St
Torrance, CA 90503


Shepherd's Plumbing
PO Box 24899
Campbell, CA 95011


Sigma Faucet
3280 Corporate View
Vista, CA 92081


small business adminitsration
409 3rd St SW
Washington, DC 20416


Stone Forest
PO Box 2840
Santa Fe, NM 87504


Susan Wilson
810 Cathedral Dr
Aptos, CA 95003-2900


Top Knobs
3 Millenium Way
Somerville, NJ 08876


Trim by Design
1026 S Gerhart Ave
Commerce, CA 90022

United HealthCare
5901 Lincoln Dr
55436


Velocity Capital Group LLC
dba 24 Capital
Pearsall Ave
Cedarhurst, NY 11516


West Brass
2429 E Olympic Blvd
Los Angeles, CA 90021