# United States Bankruptcy Court
## Northern District of California

In re __The Plumbing Gallery__  
Debtor(s)

Case No. __23-50001__  
Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Plumbing Gallery__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

__01/09/2023__  
Date

__/s/ Colby LaVelle__  
**Colby LaVelle**  
Signature of Attorney or Litigant  
Counsel for __The Plumbing Gallery__  
**Bar Number: 316277**  
**LaVelle Law Offices**  
**505 14th St Ste 900**  
**Oakland, CA 94612**  
**Phone: (415) 844-0655**  
**Email: clavelle@lavellelawoffices.com**

1